IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE CANTU, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WW.COM, LLC, a Delaware limited liability company; WW INTERNATIONAL INC., a Virginia corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-07977-MCS-JEM<br><br>Assigned to Hon. Mark C. Scarsi<br><br>[PROPOSED] ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF No. 16) |

Having reviewed the parties' stipulation extending the time for Defendants WW.com, LLC, and WW International, Inc., to answer, move, or otherwise respond to the complaint, the Court finds good cause supports the parties' stipulated extension, and **IT IS THUS HEREBY ORDERED** that the stipulation is **APPROVED**.

Defendants WW.com, LLC, and WW International, Inc.'s responsive pleading shall be due on January 13, 2023.

**IT IS SO ORDERED.**

Dated:  December 6, 2022

_Mark C. Scarsi_
Mark C. Scarsi
United States District Judge